UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MICHAEL J. HOLLAND, et al.,          )
                                     )
            Plaintiffs,              )
                                     )
      vs.                            )          Case No.   4:08CV707  HEA
                                     )
CITY OF GERALD, MISSOURI, et al,     )
                                     )
            Defendants.              )

## ORDER

**IT IS HEREBY ORDERED** that the trial in this matter is reset to Tuesday, February 21,

2012, at 9:30 a.m. in the courtroom of the undersigned.

Dated this 24th day of June, 2011.


_____
            HENRY EDWARD AUTREY
            UNITED STATES DISTRICT JUDGE