UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

HEATHER HOLLAND, et al., )
    Plaintiff(s), )
)
vs. ) Case No. 4:08CV00707 HEA
)
CITY OF GERALD, et al., )
)
    Defendant(s). )

## JUDGMENT

This action came on for trial before the Court and a jury, the Honorable Henry E. Autrey, District Judge, presiding, and the issues having been duly tried and the jury having rendered its verdicts;

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of plaintiff Heather Holland and against defendant Bill Jakob on plaintiff's claim for unreasonable search of the home; judgment be entered in favor of defendant Bill Jakob on plaintiff's claim for unreasonable interrogation; judgment be entered in favor of defendant Bill Jakob on plaintiff's claim for unreasonable arrest; **ORDERED AND ADJUDGED** that plaintiff Heather Holland's damages are Three Hundred Dollars ($300.00) and punitive damages to be One Thousand Dollars ($1,000.00) against defendant Bill Jakob.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of plaintiff Heather Holland and against defendant Ryan McCrary on plaintiff's claim for unreasonable search of the home; judgment be entered in favor of defendant Ryan McCrary on plaintiff's claim for unreasonable interrogation; judgment be entered in favor of defendant Ryan McCrary on plaintiff's claim for unreasonable arrest; **ORDERED AND ADJUDGED** that plaintiff Heather Holland's damages are Three Hundred Dollars ($300.00) and punitive damages to be One Thousand Dollars ($1,000.00) against defendant Ryan McCrary .

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of plaintiff Heather Holland and against defendant Scott Ramsey on plaintiff's claim for unreasonable search of the home; judgment be entered in favor of defendant Scott Ramsey on plaintiff's claim for unreasonable interrogation; judgment be entered in favor of defendant Scott Ramsey on plaintiff's claim for unreasonable arrest; **ORDERED AND ADJUDGED** that plaintiff Heather Holland's damages are Three Hundred Dollars ($300.00) and punitive damages to be One Thousand Dollars ($1,000.00) against defendant Scott Ramsey.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Shannon Kestermont and against plaintiff Heather Holland on plaintiff's claims for unreasonable search of the home, for unreasonable interrogation and for unreasonable arrest.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of plaintiff Steve Holland and against defendant Bill Jakob on plaintiff's claim for unreasonable search of the home; judgment be entered in favor of plaintiff Steve Holland for unreasonable arrest. **ORDERED AND ADJUDGED** that plaintiff Steve Holland's damages are One Dollar ($1.00) and punitive damages to be Two Thousand Dollars ($2,000.00) against defendant Bill Jakob.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of plaintiff Steve Holland and against defendant Ryan McCrary on plaintiff's claim for unreasonable search of the home; judgment be entered in favor of plaintiff Steve Holland for unreasonable arrest. **ORDERED AND ADJUDGED** that plaintiff Steve Holland's damages are One Dollar ($1.00) and punitive damages to be Two Thousand Dollars ($2,000.00) against defendant Ryan McCrary.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of plaintiff Steve Holland and against defendant Scott Ramsey on plaintiff's claim for unreasonable search of the home; judgment be entered in favor of plaintiff Steve Holland for unreasonable arrest. **ORDERED AND ADJUDGED** that plaintiff Steve Holland's damages are One Dollar ($1.00) and punitive damages to be Two Thousand Dollars ($2,000.00) against defendant Scott Ramsey.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of plaintiff Glenda Holland and against defendant Bill Jakob on plaintiff's claims for unreasonable search of the home; judgment be entered in favor of defendant Bill Jakob on plaintiff's claim for unreasonable arrest. **ORDERED AND ADJUDGED** that plaintiff Glenda Holland's damages are One Dollar ($1.00) and punitive damages to be One Thousand Dollars ($1,000.00) against defendant Bill Jakob.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of plaintiff Glenda Holland and against defendant Ryan McCrary on plaintiff's claims for unreasonable search of the home; judgment be entered in favor of defendant Ryan McCrary on plaintiff's claim for unreasonable arrest. **ORDERED AND ADJUDGED** that plaintiff Glenda Holland's damages are One Dollar ($1.00) and punitive damages to be One Thousand Dollars ($1,000.00) against defendant Ryan McCrary .

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of plaintiff Glenda Holland and against defendant Scott Ramsey on plaintiff's claims for unreasonable search of the home; judgment be entered in favor of defendant Scott Ramsey on plaintiff's claim for unreasonable arrest. **ORDERED AND ADJUDGED** that plaintiff Glenda Holland's damages are One Dollar ($1.00) and punitive damages to be One Thousand Dollars ($1,000.00) against defendant Scott Ramsey.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Bill Jakob and against plaintiff Kyle Story on plaintiff's claims for unreasonable search of the home, for unreasonable interrogation and for unreasonable arrest.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Ryan McCrary and against plaintiff Kyle Story on plaintiff's claims for unreasonable search of the home, for unreasonable interrogation and for unreasonable arrest.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Scott Ramsey and against plaintiff Kyle Story on plaintiff's claims for unreasonable search of the home, for unreasonable interrogation and for unreasonable arrest.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Shannon Kestermont and against plaintiff Kyle Story on plaintiff's claims for unreasonable search of the home, for unreasonable interrogation and for unreasonable arrest.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of plaintiff Josh Davis and against defendant Bill Jakob on plaintiff's claim for unreasonable search of the home. Judgment be entered in favor of defendant Bill Jakob for unreasonable interrogation and unreasonable arrest. **ORDERED AND ADJUDGED** that plaintiff Josh Davis' damages are Two Hundred and Fifty Dollars ($250.00) and punitive damages to be Three Thousand Dollars ($3,000.00) against defendant Bill Jakob.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Ryan McCrary and against plaintiff Josh Davis on plaintiff's claims for unreasonable search of the home, for unreasonable interrogation and for unreasonable arrest.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Scott Ramsey and against plaintiff Josh Davis on plaintiff's claims for unreasonable search of the home, for unreasonable interrogation and for unreasonable arrest.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Bill Jakob and against plaintiff Alex Borges on plaintiff's claim for unreasonable interrogation; judgment be entered in favor of plaintiff Alex Borges for unreasonable arrest. **ORDERED AND ADJUDGED** that plaintiff Alex Borges' damages are One Dollar ($1.00) and punitive damages to be Two Thousand Dollars ($2,000.00) against defendant Bill Jakob.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Ryan McCrary and against plaintiff Alex Borges on plaintiff's claim for unreasonable interrogation; judgment be entered in favor of plaintiff Alex Borges for unreasonable arrest. **ORDERED AND ADJUDGED** that plaintiff Alex Borges' damages are One Dollar ($1.00) and punitive damages to be One Thousand Dollars ($1,000.00) against defendant Ryan McCrary.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Scott Ramsey and against plaintiff Alex Borges on plaintiff's claim for unreasonable interrogation; judgment be entered in favor of plaintiff Alex Borges for unreasonable arrest. **ORDERED AND ADJUDGED** that plaintiff Alex Borges' damages are One Dollar ($1.00) and punitive damages to be One Thousand Dollars ($1,000.00) against defendant Scott Ramsey

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Bill Jakob and against plaintiff Michael Orzech on plaintiff's claim for unreasonable interrogation; judgment be entered in favor of plaintiff Michael Orzech for unreasonable arrest.

**ORDERED AND ADJUDGED** that plaintiff Michael Orzech's damages are One Dollar ($1.00) and punitive damages to be One Thousand Dollars ($1,000.00) against defendant Bill Jakob.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Ryan McCrary and against plaintiff Michael Orzech on plaintiff's claim for unreasonable interrogation; judgment be entered in favor of plaintiff Michael Orzech for unreasonable arrest. **ORDERED AND ADJUDGED** that plaintiff Michael Orzech's damages are One Dollar ($1.00) and punitive damages to be One Thousand Dollars ($1,000.00) against defendant Ryan McCrary.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Scott Ramsey and against plaintiff Michael Orzech on plaintiff's claim for unreasonable interrogation. Judgment be entered in favor of plaintiff Michael Orzech for unreasonable arrest. **ORDERED AND ADJUDGED** that plaintiff Michael Orzech's damages are One Dollar ($1.00) and punitive damages to be One Thousand Dollars ($1,000.00) against defendant Scott Ramsey.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of plaintiff Daniel Kern and against defendant Bill Jakob on plaintiff's claim for unreasonable search of the home. **ORDERED AND ADJUDGED** that plaintiff Daniel Kern's damages are Two Hundred and Fifty Dollars ($250.00) and punitive damages to be One Thousand Dollars ($1,000.00) against defendant Bill Jakob.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Ryan McCrary and against plaintiff Daniel Kern on plaintiff's claim for unreasonable search of the home.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Scott Ramsey and against plaintiff Daniel Kern on plaintiff's claim for unreasonable search of the home.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Shannon Kestermont and against plaintiff Daniel Kern on plaintiff's claim for unreasonable search of the home.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of plaintiff Cheryl Christman and against defendant Bill Jakob on plaintiff's claim for unreasonable search of the home. **ORDERED AND ADJUDGED** that plaintiff Cheryl Christman's damages are Two Hundred and Fifty Dollars ($250.00) and punitive damages to be One Thousand Dollars ($1,000.00) against defendant Bill Jakob.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Ryan McCrary and against plaintiff Cheryl Christman on plaintiff's claim for unreasonable search of the home.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Scott Ramsey and against plaintiff Cheryl Christman on plaintiff's claim for unreasonable search of the home.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Shannon Kestermont and against plaintiff Cheryl Christman on plaintiff's claim for unreasonable search of the home.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of plaintiff Calvin Christman and against defendant Bill Jakob on plaintiff's claim for unreasonable search of the home. **ORDERED AND ADJUDGED** that plaintiff Calvin Christman's damages are Two Hundred and Fifty Dollars ($250.00) and punitive damages to be One Thousand Dollars ($1,000.00) against defendant Bill Jakob.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Ryan McCrary and against plaintiff Calvin Christman on plaintiff's claim for unreasonable search of the home.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Scott Ramsey and against plaintiff Calvin Christman on plaintiff's claim for unreasonable search of the home.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Shannon Kestermont and against plaintiff Calvin Christman on plaintiff's claim for unreasonable search of the home.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of plaintiff Betty Jarvis and against defendant Bill Jakob on plaintiff's claim for unreasonable search of the home; judgment be entered in favor of defendant Bill Jakob on plaintiff's claim for unreasonable interrogation; judgment be entered in favor of defendant Bill Jakob on plaintiff's claim for unreasonable arrest; **ORDERED AND ADJUDGED** that plaintiff Betty Jarvis's damages are One Dollar ($1.00) and punitive damages to be Two Thousand Dollars ($2,000.00) against defendant Bill Jakob.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of plaintiff Betty Jarvis and against defendant Scott Ramsey on plaintiff's claim for unreasonable search of the home; judgment be entered in favor of defendant Scott Ramsey on plaintiff's claim for unreasonable interrogation; judgment be entered in favor of defendant Scott Ramsey on plaintiff's claim for unreasonable arrest; **ORDERED AND ADJUDGED** that plaintiff Betty Jarvis's damages are One Dollar ($1.00) and punitive damages to be Two Thousand Dollars ($2,000.00) against defendant Scott Ramsey.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of plaintiff Betty Jarvis and against defendant Ryan McCrary on plaintiff's claim for unreasonable search of the home; judgment be entered in favor of defendant Ryan McCrary on plaintiff's claim for unreasonable interrogation; judgment be entered in favor of defendant Ryan McCrary on plaintiff's claim for unreasonable arrest; **ORDERED AND ADJUDGED** that plaintiff Betty Jarvis's damages are One Dollar ($1.00) and punitive damages to be Two Thousand Dollars ($2,000.00) against defendant Ryan McCrary.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Shannon Kestermont and against plaintiff Betty Jarvis on plaintiff's claim for unreasonable search of the home, for unreasonable interrogation and for unreasonable arrest.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Bill Jakob and against plaintiff Andrew Elliot on plaintiff's claim for unreasonable search of the home and for unreasonable interrogation.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Ryan McCrary and against plaintiff Andrew Elliot on plaintiff's claim for unreasonable search of the home and for unreasonable interrogation.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Scott Ramsey and against plaintiff Andrew Elliot on plaintiff's claim for unreasonable search of the home and for unreasonable interrogation.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Shannon Kestermont and against plaintiff Andrew Elliot on plaintiff's claim for unreasonable search of the home and for unreasonable interrogation.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Bill Jakob and against plaintiff Joseph Rabbitt on plaintiff's claims for unreasonable search of the home, for unreasonable interrogation and for unreasonable arrest.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Ryan McCrary and against plaintiff Joseph Rabbitt on plaintiff's claims for unreasonable search of the home, for unreasonable interrogation and for unreasonable arrest.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Scott Ramsey and against plaintiff Joseph Rabbitt on plaintiff's claims for unreasonable search of the home, for unreasonable interrogation and for unreasonable arrest.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Bill Jakob and against plaintiff Rebecca Fieser on plaintiff's claims for unreasonable search of the home, for unreasonable interrogation and for unreasonable arrest.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Ryan McCrary and against plaintiff Rebecca Fieser on plaintiff's claims for unreasonable search of the home, for unreasonable interrogation and for unreasonable arrest.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Scott Ramsey and against plaintiff Rebecca Fieser on plaintiff's claims for unreasonable search of the home, for unreasonable interrogation and for unreasonable arrest.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Shannon Kestermont and against plaintiff Rebecca Fieser on plaintiff's claims for unreasonable search of the home, for unreasonable interrogation and for unreasonable arrest.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Bill Jakob and against plaintiff J.R., a minor, on plaintiff's claims for unreasonable search of the home and for unreasonable arrest.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Ryan McCrary and against plaintiff J.R., a minor, on plaintiff's claims for unreasonable search of the home.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Scott Ramsey and against plaintiff J.R., a minor, on plaintiff's claims for unreasonable search of the home.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Shannon Kestermont and against plaintiff J.R., a minor, on plaintiff's claims for unreasonable search of the home.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Bill Jakob and against plaintiff Cristena Corbitt on plaintiff's claims for unreasonable search of the home and for unreasonable arrest.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Ryan McCrary and against plaintiff Cristena Corbitt on plaintiff's claims for unreasonable search of the home and for unreasonable arrest.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Scott Ramsey and against plaintiff Cristena Corbitt on plaintiff's claims for unreasonable search of the home and for unreasonable arrest.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Shannon Kestermont and against plaintiff Cristena Corbitt on plaintiff's claims for unreasonable search of the home and for unreasonable arrest.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Bill Jakob and against plaintiff Justin Sanchez on plaintiff's claims for unreasonable interrogation.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Ryan McCrary and against plaintiff Justin Sanchez on plaintiff's claims for unreasonable interrogation.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Scott Ramsey and against plaintiff Justin Sanchez on plaintiff's claims for unreasonable interrogation.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Bill Jakob and against plaintiff Michael Epple on plaintiff's claims for unreasonable search of the home, for unreasonable interrogation and for unreasonable arrest.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Ryan McCrary and against plaintiff Michael Epple on plaintiff's claims for unreasonable search of the home, for unreasonable interrogation and for unreasonable arrest.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Scott Ramsey and against plaintiff Michael Epple on plaintiff's claims for unreasonable search of the home, for unreasonable interrogation and for unreasonable arrest.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of plaintiff Jonathan Wright and against defendant Bill Jakob on plaintiff's claim for unreasonable search of the home; judgment be entered in favor of defendant Bill Jakob on plaintiff's claim for unreasonable interrogation. **ORDERED AND ADJUDGED** that plaintiff Jonathan Wright's damages are One Dollar ($1.00) and punitive damages to be One Thousand Dollars ($1,000.00) against defendant Bill Jakob.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of plaintiff Jonathan Wright and against defendant Ryan McCrary on plaintiff's claim for unreasonable search of the home; judgment be entered in favor of defendant Ryan McCrary on plaintiff's claim for unreasonable interrogation. **ORDERED AND ADJUDGED** that plaintiff Jonathan Wright's damages are One Dollar ($1.00) and punitive damages to be One Thousand Dollars ($1,000.00) against defendant Ryan McCrary.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of plaintiff Jonathan Wright and against defendant Scott Ramsey on plaintiff's claim for unreasonable search of the home. Judgment be entered in favor of defendant Scott Ramsey on plaintiff's claim for unreasonable interrogation. **ORDERED AND ADJUDGED** that plaintiff Jonathan Wright's damages are One Dollar ($1.00) and punitive damages to be One Thousand Dollars ($1,000.00) against defendant Scott Ramsey.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Shannon kestermont and against plaintiff Jonathan Wright on plaintiff's claims for unreasonable search of the home and for unreasonable interrogation.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of plaintiff Marie Wright and against defendant Bill Jakob on plaintiff's claim for unreasonable search of the home. **ORDERED AND ADJUDGED** that plaintiff Marie Wright's damages are One Dollar ($1.00) and punitive damages to be One Thousand Dollars ($1,000.00) against defendant Bill Jakob.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of plaintiff Marie Wright and against defendant Ryan McCrary on plaintiff's claim for unreasonable search of the home. **ORDERED AND ADJUDGED** that plaintiff Marie Wright's damages are One Dollar ($1.00) and punitive damages to be One Thousand Dollars ($1,000.00) against defendant Ryan McCrary.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of plaintiff Marie Wright and against defendant Scott Ramsey on plaintiff's claim for unreasonable search of the home. **ORDERED AND ADJUDGED** that plaintiff Marie Wright's damages are One Dollar ($1.00) and punitive damages to be One Thousand Dollars ($1,000.00) against defendant Scott Ramsey.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of plaintiff Thomas Wright and against defendant Bill Jakob on plaintiff's claim for unreasonable search of the home. **ORDERED AND ADJUDGED** that plaintiff Thomas Wright's damages are One Dollar ($1.00) and punitive damages to be One Thousand Dollars ($1,000.00) against defendant Bill Jakob.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of plaintiff Thomas Wright and against defendant Ryan McCrary on plaintiff's claim for unreasonable search of the home. **ORDERED AND ADJUDGED** that plaintiff Thomas Wright's damages are One Dollar ($1.00) and punitive damages to be One Thousand Dollars ($1,000.00) against defendant Ryan McCrary.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of plaintiff Thomas Wright and against defendant Scott Ramsey on plaintiff's claim for unreasonable search of the home. **ORDERED AND ADJUDGED** that plaintiff Thomas Wright's damages are One Dollar ($1.00) and punitive damages to be One Thousand Dollars ($1,000.00) against defendant Scott Ramsey.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Bill Jakob and against plaintiff Peggy Baltimore on plaintiff's claims for unreasonable search of the home and for unreasonable interrogation.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Ryan McCrary and against plaintiff Peggy Baltimore on plaintiff's claims for unreasonable search of the home and for unreasonable interrogation.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Scott Ramsey and against plaintiff Peggy Baltimore on plaintiff's claims for unreasonable search of the home and for unreasonable interrogation.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendant Shannon Kestermont and against plaintiff Peggy Baltimore on plaintiff's claims for unreasonable search of the home and for unreasonable interrogation.

Dated this 9th day of March, 2012.

JAMES G. WOODWARD
CLERK OF COURT

By: /s/ Cynthia Kornberger
Deputy Clerk