## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| MICHAEL J. HOLLAND, *et al.*,  )<br> )<br>Plaintiffs,  )<br> )<br>*vs.*  )<br> )<br>CITY OF GERALD, MISSOURI, *et al.*,  )<br> )<br>Defendants.  )<br> ) | Cause No. 4:08 CV 707-HEA<br>**(Consolidated with**<br>**Cause No. 4:08 CV 713-CDP)** |

## PLAINTIFFS' AMENDED MOTION FOR AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES

**COME NOW** Plaintiffs, by and through counsel, Robert Herman of Schwartz, Herman & Davidson, and pursuant to 42 U.S.C. §1988(b), respectfully requests that attorneys' fees and costs be awarded to Plaintiffs in the above-captioned action. This Motion is supported by a verified itemization of attorney time and expenses. As explained in their Memorandum in Support filed herewith, Plaintiffs' request for professional fees of $581,950.50 and for litigation expenses as detailed in Plaintiffs' separate Bill of Costs is entirely reasonable under the circumstances of the case.

**WHEREFORE,** Plaintiffs pray this Court grant their Motion for Award of Attorneys' Fees of $581,950.50 and Litigation Expenses as detailed in a separate Bill of Costs, and for any such other and further relief this Court deems just and proper.

Respectfully submitted,

**SCHWARTZ, HERMAN & DAVIDSON**

By: /s/ Robert Herman
Robert Herman, #32376MO
8820 Ladue Road
Suite 201
St. Louis, Missouri 63124
Ph: 314/862-0200
Fx: 314/862-3050
e-mail: bherman@laduelaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on  March 23, 2012 , a true and correct copy of the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following counsel of record:

William A. Hellmich, Esq.
King, Krehbiel, & Hellmich, LLC
2000 South Hanley Road
St. Louis, Missouri 63144
Ph: 314/646-1110
Fx: 314/646-1122
e-mail: bhellmich@kkhhb.com
*Attorneys for Defendants, City of Gerald, MO; Otis Schulte; Brad Landwehr, Rich Johnson; David Luechtefeld; Dan Maxwell; and, Derrick Lewis; and Defendants , Ryan McCrary, Scott Ramsey and Shannon Kestermont, in their official capacities*

Peter J. Dunne, Esq.
Peter Rohrich, Esq.
Pitzer Snodgrass, P.C.
100 South Fourth Street
Suite 400
St. Louis, Missouri 63102-1821
Ph: 314/421-5545
Fx: 314/421-3144
e-mail: dunne@pspclaw.com
e-mail: rohrich@pspclaw.com
*Attorneys for Defendants, Ryan McCrary, Scott Ramsey and Shannon Kestermont*

Renee Waters, Esq.
P.O. Box 190549
St. Louis, Missouri 63119
Ph: 314/647-1200
e-mail: zoole@sbcglobal.net
e-mail: renee_waters@me.com
*Attorney for Defendant Bill A. Jakob*

By: /s/ Robert Herman