UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL J. HOLLAND, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | )  Case No.  4:08CV707  HEA |
| | ) |
| CITY OF GERALD, MISSOURI, et al, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that a hearing on all pending motions is set in this matter for Tuesday, June 26, 2012, at 10:30 a.m. in the courtroom of the undersigned.

Dated this 13th day of June, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE