# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### COURTROOM MINUTE SHEET
### CIVIL PROCEEDINGS

Date 6/26/12  Judge Autrey  Case No. 4:08CV707-HEA

Michael Holland etal vs. City of Gerald etal.

Court Reporter _____  Deputy Clerk CLK

Attorney(s) for Plaintiff(s) Daniel Briegel, Robert Herman,

Attorney(s) for Defendant(s) Peter Rohrich, Peter Dunne, Renee Waters, Blake Hill for Bill Hellmich

Parties present for Motion Hearing. Arguments heard on all pending motions. Motions taken under submission.

Pltf. Witness _____  Deft. Witness _____
Pltf. Witness _____  Deft. Witness _____

Pltf. Exhibits: _____  Deft. Exhibits: _____
Pltf. Exhibits: _____  Deft. Exhibits: _____

☐ Exhibits returned to and retained by counsel

Proceedings commenced 11:08 (a.m)/p.m  Concluded 12:40 a.m./(p.m)