UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL J. HOLLAND, et al.,<br>　　　Plaintiffs, | )<br>)<br>) No. 4:08-CV-707 |
| vs. | )<br>) |
| CITY OF GERALD, MISSOURI, et al.,<br>　　　Defendants. | )<br>) |

MEMORANDUM IN SUPPORT OF DEFENDANT'S REQUEST FOR ADDITIONAL TIME

　　　Comes now, Bill Jakob, by and through counsel, and, in support of his request for additional time file a response to Plaintiffs' Third Request for Attorney's Fees, provides the following:

　　　It is within the Court's discretion to grant a request for additional time to file a responsive memorandum.  In this instance, a very large sum has been requested by Plaintiffs and it is not as substantially different from the amount previously requested as one might have expected.  Defendant Jakob has requested seven (7) additional business days to complete review of the new request and finalize a memorandum in opposition to it.  If granted, a responsive memorandum would be due September 14, 2012.

　　　The delay would not work to the practical detriment of any party and is sought in good faith.

　　　Respectfully submitted this 5th day of September, 2012.

　　　　　　　　　　　　　　　　　　　　　　　MARK ZOOLE & ASSOCIATES


　　　　　　　　　　　　　　　　　　　　　　　 /s/ Renee J. Waters
　　　　　　　　　　　　　　　　　　　　　　　Renee J. Waters #61358Mo
　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 190549
　　　　　　　　　　　　　　　　　　　　　　　St. Louis, MO 63119

(580) 310-2996<br>
fax (314) 353-3636<br>
renee_waters@sbcglobal.net

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was sent electronically to all counsel of record via the Court's electronic filing system on this 5th day of September, 2012.

/s/ Renee J. Waters