AO 133 (Rev. 9/89) Bill of Costs

# United States District Court

## EASTERN DISTRICT OF MISSOURI

Holland, et al.,
    Plaintiffs,

v.

Jakob, et al.,
    Defendants

BILL OF COSTS

Case Number: 4:08-CV-707-HEA

Judgment having been entered in the above entitled action on 03/09/2012 against Ryan McCrary, Scott Ramsey and Bill Jakob, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $350.00 |
| Fees for service of summons and subpoena (if service by U.S. Marshal) | -0- |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $6,362.58 |
| Fees and disbursements for printing | -0- |
| Fees for witnesses (itemize on reverse side) | -0- |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $147.62 |
| Docket fees under 28 U.S.C. 1923 | -0- |
| Costs as shown on Mandate of Court of Appeals | -0- |
| Compensation of court-appointed experts | -0- |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | -0- |
| Other costs (please itemize) | $3,877.41 |
| TOTAL | $10,737.61 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

Signature of Attorney: *Robert Herman*

Name of Attorney: Robert Herman

For: Borges, J. Davis, Orzech, J. Wright, M. Wright, T. Wright, S. Kern, Calvin Christman, Cheryl Christman, H. Holland, S. Holland, G. Kelley-Holland

Date: _____

Name of Claiming Party

Costs are taxed in the amount of $10,737.61 and included in the judgement.

J. G. Woodward    By: C. Abrams    4-18-13
Clerk of Court      Deputy Clerk      Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each witness |
| | Days | Total Cost | Days | Total Cost | Days | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | |

## NOTICE

Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:

"Sec. 1924. Verification of bill of costs."
 "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

See also Section 1920 of Title 28, which reads in part as follows:
 "A bill of costs shall be filed in the case and upon allowance, included in the judgment or decree."

The Federal Rules of Civil Procedure contain the following provisions:

Rule 54 (d)
 "Except where express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6 (e)
 "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
 "Entry of the judgment shall not be delayed for the taxing of costs."

| BoC | Description / Service | Witness | Amount | Costs Applicable to Prevailing Plaintiffs | Prevailing Plaintiff | Costs Applicable to Non-Prevailing Plaintiffs | Non-Prevailing Plaintiff |
|---|---|---|---|---|---|---|---|
| a | USDC, MOED - Filing Fee: *Holland v. Gerald, MO*; Cause No. 4:08-cv-707, paid 05/16/2008 | | $350.00 | $350.00 | All | | |
| c | Deposition Transcript taken 04/15/2009: (Gore, Perry Reporting & Video) | Angell, Carmen | $339.50 | $339.50 | All | | |
| c | Deposition Transcript taken 04/27/2010: (Catlett Reporting) | Baltimore, Paul | $102.30 | | | $102.30 | Pa. Baltimore |
| c | Deposition Transcript taken 04/27/2010: (Catlett Reporting) | Baltimore, Peggy | $194.70 | | | $194.70 | Pe. Baltimore |
| c | Deposition Transcript taken 02/28/2010: (Catlett Reporting) | Borges, Alex | $130.35 | $130.35 | A. Borges | | |
| c | Deposition Transcript taken 05/13/2010: (Catlett Reporting) | Christman, Calvin | $102.30 | $102.30 | Ca. Christman | | |
| c | Deposition Transcript taken 05/13/2010: (Catlett Reporting) | Christman, Cheryl | $112.20 | $112.20 | Ch. Christman | | |
| c | Deposition Transcript taken 06/11/2010: (Catlett Reporting) | Corbitt, Cristena | $87.45 | | | $87.45 | C. Corbitt |
| c | Deposition Transcript taken 04/28/2010: (Catlett Reporting) | Davis, Joshua | $150.15 | $150.15 | J. Davis | | |
| c | Deposition Transcript taken 10/13/2010: (Catlett Reporting) | Elliot, Andrew | $145.45 | | | $145.45 | A. Elliot |
| c | Deposition Transcript taken 06/11/2010: (Catlett Reporting) | Epple, Michael | $112.20 | | | $112.20 | M. Epple |
| c | Deposition Transcript taken 10/11/2011: (Pohlman USA Court Reporting) | Erfurdt, III, John L. | $264.83 | $264.83 | All | | |

Bill of Costs

Exhibit 1A

Case: 4:08-cv-00707-HEA   Doc. #: 307-1   Filed: 08/09/12   Page: 2 of 6 PageID #: 3808

| BoC | Description / Service | Witness | Amount | Costs Applicable to Prevailing Plaintiffs | Prevailing Plaintiff | Costs Applicable to Non-Prevailing Plaintiffs | Non-Prevailing Plaintiff |
|---|---|---|---|---|---|---|---|
| c | Deposition Transcript taken 06/11/2010: (Catlett Reporting) | Fieser, Rebecca | $206.25 | | | $206.25 | R. Fieser |
| c | Deposition Transcript taken 10/11/2011: (Catlett Reporting) | Grellner, Jason | $286.20 | $286.20 | All | | |
| c | Deposition Transcript taken 09/29/2009: (Catlett Reporting) | Holland, Heather | $143.25 | $143.25 | H. Holland | | |
| c | Deposition Transcript taken 09/29/2009: (Catlett Reporting) | Holland, Michael | $241.00 | | | $241.00 | M. Holland |
| c | Deposition Transcript taken 04/26/2010: (Catlett Reporting) | Holland, Steven O. | $110.55 | $110.55 | S. Holland | | |
| c | Deposition Transcript taken 01/05/2011: (TAU Legal Services) | Jakob, Bill | $316.00 | $316.00 | All | | |
| c | Deposition Transcript taken 01/26/2009: (Gore, Perry Reporting & Video) | Jakob, Bill | $827.00 | $827.00 | All | | |
| c | Hearing Transcript taken 12/19/2008: Sentencing Hearing; Cause No. 4:08-cr-421 (Shannon White, RMR, CRR, CCR) | Jakob, Bill | $43.80 | $43.80 | All | | |
| c | Deposition Transcript taken 04/26/2010: (Catlett Reporting) | Jarvis, Betty Jo | $181.50 | $181.50 | B. Jarvis | | |
| c | Deposition Transcript taken 04/26/2010: (Catlett Reporting) | Kelly-Holland, Glenda Lee | $87.45 | $87.45 | G. Holland | | |
| c | Deposition Transcript taken 06/11/2010: (Catlett Reporting) | Kern, Steven | $103.95 | $103.95 | S. Kern | | |
| c | Deposition Transcript taken 05/28/2011: (Gore, Perry Reporting & Video) | Kestermont, Shannon | $489.65 | $489.65 | All | | |

| BoC | Description / Service | Witness | Amount | Costs Applicable to Prevailing Plaintiffs | Prevailing Plaintiff | Costs Applicable to Non-Prevailing Plaintiffs | Non-Prevailing Plaintiff |
|---|---|---|---|---|---|---|---|
| c | Deposition Transcript taken 01/07/2011: (Gore, Perry Reporting & Video) | McCrary, Ryan | $142.25 | $142.25 | All | | |
| c | Deposition Transcript taken 01/28/2011: (Gore, Perry Reporting & Video) | McCrary, Ryan | $674.35 | $674.35 | All | | |
| c | Deposition Transcript taken 05/14/2010: (Catlett Reporting) | Orzech, Michael | $74.25 | $74.25 | M. Orzech | | |
| c | Deposition Transcript taken 06/11/2010: (Catlett Reporting) | Rabbitt, Joseph | $257.40 | | | $257.40 | J. Rabbitt |
| c | Deposition Transcript taken 06/11/2011: (Gore, Perry Reporting & Video) | Ramsey, Scott | $857.25 | $857.25 | All | | |
| c | Deposition Transcript taken 04/29/2010: (Catlett Reporting) | Sanchez, Justin | $160.05 | | | $160.05 | J. Sanchez |
| c | Trial Transcript taken 02/27/2012: (Angela K. Daley, RMR, CRR) | Schulte, Otis | $139.15 | $139.15 | All | | |
| c | Deposition Transcript taken 04/28/2010: (Catlett Reporting) | Story, Kyle | $141.90 | | | $141.90 | K. Story |
| c | Deposition Transcript taken 04/28/2010: (Catlett Reporting) | Story, Pamela | $82.50 | | | $82.50 | P. Story |
| c | Deposition Transcript taken 04/15/2009: (Gore, Perry Reporting & Video) | Wheeler, Sarah | $238.25 | $238.25 | All | | |
| c | Deposition Transcript taken 09/08/2009: (Catlett Reporting) | Wright, Jonathan | $292.15 | $292.15 | J. Wright | | |
| c | Deposition Transcript taken 09/08/2009: (Catlett Reporting) | Wright, Marie | $181.75 | $181.75 | M. Wright | | |

| BoC | Description / Service | Witness | Amount | Costs Applicable to Prevailing Plaintiffs | Prevailing Plaintiff | Costs Applicable to Non-Prevailing Plaintiffs | Non-Prevailing Plaintiff |
|---|---|---|---|---|---|---|---|
| c | Deposition Transcript taken 09/08/2009: (Catlett Reporting) | Wright, Thomas | $74.50 | $74.50 | T. Wright | | |
| f | 03/05/2012: USDC, MOED: Copies during trial | | $4.50 | $4.50 | All | | |
| f | Crider Health Center: Medical Records: Betty Jo Jarvis | | $20.96 | $20.96 | B. Jarvis | | |
| f | HealthPort: Medical Records: Kyle Story | | $30.78 | | | $30.78 | K. Story |
| f | Reliable Scanning Service: Medical Records: Steven Holland | | $35.87 | $35.87 | S. Holland | | |
| f | SE MO Mental Health Center: Medical Records: Betty Jo Jarvis | | $86.29 | $86.29 | B. Jarvis | | |
| k | 01/04-06/2011: Southwest Airlines: Travel to/from Little Rock, Arkansas for Jakob deposition | | $265.40 | $265.40 | All | | |
| k | 05/15/2008: Davis, Joshua: Reimbursement for gas for travel to/from Union, MO to St. Louis for conference with attorney | | $20.00 | $20.00 | J. Davis | | |
| k | 05/15/2008: Stamps.com: postage for Waivers of Service to Defendants | | $85.26 | $85.26 | All | | |
| k | 06/15/2008: Federal Express to Gerald, MO City Atty. Purschke forwarding Complaint and Waivers of Service for Defendants | | $28.25 | $28.25 | All | | |
| k | 08/22/2008: Stamps.com: postage for Waivers of Service to added Defendants | | $12.14 | $12.14 | All | | |
| k | 09/11/2008: Super 8 Motel: Meeting room to review discovery with Plaintiffs | | $81.41 | $81.41 | All | | |
| k | Comfort Suites: Loding for deposition of B. Jakob on 01/05/2011 | | $125.37 | $125.37 | All | | |

Case: 4:08-cv-00707-HEA   Doc. #: 307-1   Filed: 08/09/12   Page: 5 of 6 PageID #: 3811

| BoC | Description / Service | Witness | Amount | Costs Applicable to Prevailing Plaintiffs | Prevailing Plaintiff | Costs Applicable to Non-Prevailing Plaintiffs | Non-Prevailing Plaintiff |
|---|---|---|---|---|---|---|---|
| k | Edmond John Thomas, III: Clean up Audio file of Gerald City Hall meeting; copy CD disks for use at trial and to present to Defendants for Exhibit exchange | | $180.00 | $180.00 All | | | |
| k | Edmond John Thomas, III: Editing of Jakob Videos for Trial | | $200.00 | $200.00 All | | | |
| k | Enterprise Rent-a-Car: Car rental for deposition of B. Jakob on 01/05/2011 | | $116.59 | $116.59 All | | | |
| k | Jacqueline Cox and Mike Kossman: Transportation of case files to/from Courthouse for trial | | $200.00 | $200.00 All | | | |
| k | Kurt Ponzar & Associates, Inc.: Investigation, including reviewing Sheriff's records, locating witnesses, and interviewing witnesses | | $1,467.50 | $1,467.50 All | | | |
| k | Litigation Support: Service on Jakob | | $62.50 | $62.50 All | | | |
| k | PACER: Legal Research | | $100.24 | $100.24 All | | | |
| k | Pinnacle Arbitration & Medication: Mediation | | $268.75 | $268.75 All | | | |
| k | St. Andrew Lutheran Church: Mock Jury Panel | | $500.00 | $500.00 All | | | |
| k | Trial: Parking: 02/21/2012 - 03/09/2012 | | $105.00 | $105.00 All | | | |
| k | William Isriggs: Special Process Server: Service on Jakob in Prison | | $45.00 | $45.00 All | | | |
| k | Hearing on Motions for remittur and attorney fees and costs: 06/26/2012 | | $14.00 | $14.00 All | | | |
| | Totals: | | $12,499.59 | $10,737.61 | | $1,761.98 | |
| | (a) Fees of the Clerk: | | $350.00 | $350.00 | | $0.00 | |
| | (c) Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | | $8,093.78 | $6,362.58 | | $1,731.20 | |
| | (f) Fees for exemplification and copies of papers necessarily obtained for use in the case | | $178.40 | $147.62 | | $30.78 | |

Case: 4:08-cv-00707-HEA   Doc. #: 307-1   Filed: 08/09/12   Page: 6 of 6 PageID #: 3812

| BoC | Description / Service | Witness | Amount | Costs Applicable to Prevailing Plaintiffs | Prevailing Plaintiff | Costs Applicable to Non-Prevailing Plaintiffs | Non-Prevailing Plaintiff |
|---|---|---|---|---|---|---|---|
| (k) | Other costs | | $3,877.41 | $3,877.41 | | $0.00 | |
| | Totals: | | $12,499.59 | $10,737.61 | | $1,761.98 | |